UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. Maryanne Zukowski; and MARYANNE ZUKOWSKI, qui tam as Relator,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF PASCO, a Washington municipality,<br><br>　　　　　　　　Defendant. | NO:  13-CV-5073-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal by Relator (ECF No. 10). *Qui tam* plaintiff Maryanne Zukowski, *ex rel.*, with the consent of the United States, filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on July 7, 2014.  Because Defendant has not yet been served the complaint, nor has Defendant filed an

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  answer nor moved for summary judgment, Plaintiff has an absolute right to
2  voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).
3  **IT IS HEREBY ORDERED**:
4      All claims and causes of action in this matter are **DISMISSED** without
5  prejudice and without costs or fees to any party. All pending motions are
6  **DENIED** as moot.
7      The District Court Executive is hereby directed to enter this Order, furnish
8  copies to counsel, and **CLOSE** the file.
9      **DATED** July 7, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2